UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. CV 18-1277 PA(JC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On February 16, 2018, plaintiff, who is in custody and is proceeding *pro se*, filed a Civil Rights Complaint ("Complaint") and a Request to Proceed without Prepayment of Filing Fees ("Request"). On February 23, 2018, the Court issued an order ("February Order") denying the Request with leave to amend based upon plaintiff's failure to provide a certified copy of his trust fund statement for the last six (6) months. In the February Order, the Court afforded plaintiff thirty (30) days to re-submit the Request and Complaint with the certified trust account statement and cautioned that the case would be dismissed if he failed to submit the required documents within the foregoing time frame.

The deadline to re-submit the Request and Complaint with the certified trust account statement expired more than a month ago. To date, plaintiff has not submitted such items to the Court. As plaintiff has already been cautioned that the failure timely to submit the foregoing documents would result in dismissal, IT IS

1 | HEREBY ORDERED that this action is DISMISSED without prejudice.
2 |     IT IS SO ORDERED.
3 |
4 | DATED: April 25, 2018      _____
5 |                                 PERCY ANDERSON
                                UNITED STATES DISTRICT JUDGE